IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| L.C. ELDRIDGE SALES CO., LTD., LESEMAN DAVIS LLC, <br><br>                     Plaintiffs, <br><br> v. <br><br> AZEN MANUFACTURING PTE., LTD., JURONG SHIPYARD PTE, LTD., SEMBCORP MARINE LTD., TWIN CITY FAN COMPANIES, LTD., ZHENGZHOU FG OFFSHORE ENGINEERING & EQUIP. CO., LTD., ATWOOD DRILLING, INC., ATWOOD OCEANICS MANAGEMENT, LP, FG ENGINEERING, LTD., FRIEDE & GOLDMAN, L.L.C., SEADRILL AMERICAS, INC., SEMBCORP HOLDINGS, LLC, SEMBCORP-SABINE INDUSTRIES, INC., SEMBCORP-SABINE SHIPYARD, INC. <br><br>                    Defendants. | Civil Action No. 6:11-cv-599 |

**ADDITIONAL DOCUMENTS TO AZEN DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS [#142]**


ADDITIONAL DOCUMENTS TO DKT #142:

1. Declaration of Joseph J. Beaman, Jr.;

2. Declaration of Carrie Ryan Gallia

    a. Ex. A – Lewis

    b. Ex. B – Edwards

    c. Ex. C – Beaman Report

    d.  Ex. D – Davis Rebuttal

    e.  Ex. E – Chart

DATED:  April 19, 2013  **GILLAM & SMITH, L.L.P.**

By*/s/ Melissa R. Smith*
   Harry L. "Gil" Gillam
   Texas Bar No.
   Melissa Richards Smith
   Texas Bar No. 24001351
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
(903) 934-9257 (facsimile)
gil@gillamsmithlaw.com
melissa@gillamsmithlaw.com

**LINDQUIST & VENNUM LLP**

   David A. Allgeyer (*pro hac vice*)
   Christopher R. Sullivan (*pro hac vice*)
   Carrie Ryan Gallia (*pro hac vice*)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
dallgeyer@lindquist.com
csullivan@lindquist.com
cryangallia@lindquist.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been electronically served upon all known counsel of record on this 19th day of April 2013 *via* the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*

## CERTIFICATE OF CONFERENCE

On Thursday, April 18, 2013, Eric Chenoweth, counsel for Plaintiffs, and Chris Sullivan, counsel for Defendants, participated in a meet and confer in compliance with Local Rule CV-7(h) and discussed the relief requested in this Motion. No agreement on this Motion could be reached and the discussions have conclusively ended in an impasse, leaving an open issue for the Court to resolve.

*/s/ Melissa R. Smith*