IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| L.C. ELDRIDGE SALES CO., LTD.,<br>LESEMAN DAVIS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JURONG SHIPYARD PTE, LTD.,<br>et al.,<br><br>Defendants. | Civil Action No. 6:11-cv-599-MHS |

**VERDICT FORM**

In answering these questions, you are to follow the instructions I have given you in the Charge of Court.

1. Did the Plaintiffs prove by a preponderance of the evidence that the Defendants directly infringed any of the claims of the '828 Patent identified below?

Answer "Yes" or "No" for each Defendant and each claim:

| Defendants | Rig | Claim 1 | Claim 13 | Claim 14 | Claim 15 |
|---|---|---|---|---|---|
| Seadrill Americas, Inc. | Seadrill West Sirius | yes | yes | yes | yes |
| | Seadrill West Capricorn | Yes | Yes | Yes | Yes |
| Seadrill US Gulf LLC | Seadrill West Capricorn | Yes | Yes | Yes | Yes |
| Atwood Defendants[1] | Atwood Condor | Yes | Yes | Yes | Yes |

1 Atwood Defendants refers collectively to Atwood Oceanics Global Limited, Atwood Drilling, Inc., and Atwood Oceanics Management, Inc.

MW

*Answer this question if and only if you have found at least one claim of the '828 patent directly infringed.*

2. If you found that a Defendant infringed one or more claims of the '828 Patent, did the Plaintiffs prove by a preponderance of the evidence that Jurong Shipyard Pte. Ltd. induced the infringement of the claims of the '828 Patent listed below?

| Defendant | Rig | Claim 1 | Claim 13 | Claim 14 | Claim 15 |
|---|---|---|---|---|---|
| Jurong Shipyard Pte. Ltd. | Seadrill West Sirius | yes | yes | yes | yes |
| | Seadrill West Capricorn | yes | yes | yes | yes |
| | Atwood Condor | yes | yes | yes | yes |

MAS

*Answer "Yes" or "No" for each Defendant that you answered "Yes" to at least one claim listed in Questions 1 or 2.*

3. If you found that a Defendant infringed one or more claims of the '828 Patent, did the Plaintiffs prove by clear and convincing evidence that the infringing Defendant willfully infringed the '828 Patent?

| | |
|---|---|
| Jurong Shipyard Pte. Ltd. | yes |
| Seadrill Americas Inc. | yes |
| Seadrill US Gulf LLC | yes |
| Atwood Defendants | yes |

MMS

4. Did Defendants prove by clear and convincing evidence that any of the following claims are invalid?

Answer "Yes" or "No" for each claim and basis:

| Claim | Anticipation | Obviousness |
|---|---|---|
| 1 | No | No |
| 13 | [redacted] | No |
| 14 | [redacted] | No |
| 15 | [redacted] | No |

MAS

*If you answered Yes to any claim included in Questions 1 or 2 with respect to the Seadrill West Sirius Rig and further if you have not determined that such claim is invalid, then answer Question 5.*

5. What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate the Plaintiffs for past infringement of the patent claims that you have found were infringed with respect to the Seadrill West Sirius rig?

$ 217,056

MHS

*If you answered Yes to any claim included in Questions 1 or 2 with respect to the Seadrill West Capricorn rig and further if you have not determined that such claim is invalid, then answer Question 6.*

6. What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate the Plaintiffs for past infringement of the patent claims that you have found were infringed with respect to the Seadrill West Capricorn rig?

$ 217,056

MHS

*If you answered Yes to any claim included in Questions 1 or 2 with respect to the Atwood Condor rig and further if you have not determined that such claim is invalid, then answer Question 7.*

7. What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate the Plaintiffs for past infringement of the patent claims that you have found were infringed with respect to the Atwood Condor rig?

$ 217,056



The foreperson must initial and date this document in the spaces provide below as the unanimous verdict of the jury:

11/22/13
Date

LSR
FOREPERSON INITIALS