# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **L.C. ELDRIDGE SALES CO., LTD., et al.** § | | |
| § | | |
| v. § | No. 6:11cv599 | |
| § | | |
| **JURONG SHIPYARDS, PTE., LTD., et al.** § | | |

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58, the Court enters the following final judgment.

A jury trial was held in the above styled case from November 15, 2013 to November 22, 2013. The jury returned its verdict on November 22, 2013 (Doc. No. 307). Consistent with the Court's previously filed memoranda opinions and orders, it is **ORDERED** that:

- Defendants Jurong Shipyards, Pte., Ltd. (Jurong), Atwood Drilling, Inc., Atwood Oceanics Management, LP, Atwood Oceanics Global Limited (collectively, the Atwood Defendants), Seadrill Americas, Inc., and Seadrill US Gulf LLC (collectively, the Seadrill Defendants) are found to have unlawfully infringed claims 1, 13, 14, and 15 of U.S. Patent No. 7,707,828 (collectively, the Asserted Claims).

- Jurong, the Atwood Defendants, and the Seadrill Defendants (collectively, Defendants) did not willfully infringe the Asserted Claims;

- Plaintiffs L.C. Eldridge Sales Co., Ltd. and Leseman Davis, LLC (collectively, Plaintiffs) are awarded damages of $217,056.00 against Seadrill Americas, Inc., $217,056.00 against Seadrill US Gulf LLC, and $217,056.00 against the Atwood Defendants;

- Jurong is jointly and severally liable with the Atwood Defendants and the Seadrill Defendants for the full amount of damages, $651,168.00;

- Plaintiffs are awarded $20,000 in attorneys' fees in accordance with agreement memorialized in the parties' joint status report (Doc. No. 355);

- Plaintiffs are awarded prejudgment interest, post-judgment interest, and costs as detailed in the Court's Order on Interest (Doc. No. 351);

- With the exception of the engine exhaust systems on the *Seadrill West Sirius*, *Seadrill West Capricorn*, and A*twood Condor* drilling rigs, Defendants are hereby enjoined from making, using, selling, offering for sale, or importing into the United States (including all areas to which the patent laws of the United States are extended) or inducing another to make, use, sell, offer for sale, or import into the United States, drilling rigs that include engine exhaust systems not colorably different from the exhaust systems found to infringe U.S. Patent No. 7,707,828.

It is additionally **ORDERED**, **ADJUDGED**, and **DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 19th day of October, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE