# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| L.C. ELDRIDGE SALES CO., LTD., LESEMAN DAVIS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JURONG SHIPYARD PTE, LTD., ATWOOD DRILLING, INC., ATWOOD OCEANICS MANAGEMENT, LP, ATWOOD OCEANICS GLOBAL LIMITED, SEADRILL AMERICAS, INC., SEADRILL US GULF LLC, <br><br> Defendants. | Civil Action No. 6:11-cv-599 <br> (Jury Demanded) |

## JOINT NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1), 3(b)(1), and 4(a), notice is hereby given that, in the above-named case, Jurong Shipyard Pte., Ltd., Atwood Drilling, Inc., Atwood Oceanics Management, LP, Atwood Oceanics Global Limited, Seadrill Americas, Inc., and Seadrill US Gulf LLC (collectively "Defendants") appeal to the United States Court of Appeals for the Federal Circuit. The Defendants appeal the October 20, 2014, final judgment of the United States District Court for the Eastern District of Texas. Specifically, the Defendants appeal the trial court's construction of the claim term "housing," the jury's findings of infringement and validity, the jury's award of lost profits, the trial court's denial of the Defendants' motion for a new trial, and the trial court's grant of summary judgment to plaintiffs

L.C. Eldridge Sales Co., Ltd. and Leseman Davis LLC that the accused devices operate in the territorial United States for the purposes of U.S. patent law.

| | |
|---|---|
| DATED: November 7, 2014 | By: */s/ Harry L. Gillam, Jr.*<br>Harry L. Gillam, Jr.<br>State Bar No. 07921800<br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, L.L.P.<br>303 South Washington Avenue<br>Marshall, TX 75670<br>(903) 934-8450<br>(903) 934-9257 (facsimile)<br>gil@gillamsmithlaw.com<br>melissa@gillamsmithlaw.com<br><br>David A. Allgeyer (*pro hac vice*)<br>Christopher R. Sullivan (*pro hac vice*)<br>Carrie Ryan Gallia (*pro hac vice*)<br>LINDQUIST & VENNUM LLP<br>4200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2274<br>(612) 371-3211<br>(612) 371-3207 (facsimile)<br>dallgeyer@lindquist.com<br>csullivan@lindquist.com<br>cryangallia@lindquist.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been electronically served upon all known counsel of record on this 7th day of November, 2014 via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Harry L. Gillam, Jr.*

DOCS-#4394715-v2