

RE: EDTX 11-7-14 Jurong 6-11cv599
appeal
to:
Debbie_
11/07/2014 04:40 PM
Hide Details
From: appeal
To: "Debbie
<Debbie_

This is an automated message acknowledging receipt of your email.
No response to this acknowledgement is required.


Sincerely,

Office of the Clerk
United States Court of Appeals for the Federal Circuit
Washington, DC
202-275-8000